**HEMAR, ROUSSO & HEALD, LLP**
PAMELA L. COX (SBN 191883)
E-mail address: pcox@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Plaintiff,
XEROX CORPORATION

JS - 6

# IN THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PRECISION DIRECT, INC., a California corporation, <br><br> Defendants. | Case No. 8:12-CV-01573-JVS-JPR <br><br> **ORDER RE: DISMISSAL** |

Having considered the request by Plaintiff XEROX CORPORATION to dismiss the entire above-captioned action, without prejudice, due to the parties' agreement, the Court hereby ORDERS that this entire above-captioned action is hereby dismissed, without prejudice. **All hearing dates are vacated.**

Dated: January 11, 2013

_____
James V. Selna
United States District Judge